UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>    Plaintiff,<br><br>  v.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al.,<br><br>    Defendants. | Case No. 20-mc-80146-JST<br><br>**ORDER TO SHOW CAUSE** |

    The Court notes that the related case of *Caballero v. Fuerzas Armadas Revolucionarias de Colombia*, No. 20-cv-7602-JWH-AGR was voluntarily dismissed with prejudice on August 17, 2022. By January 3, 2024, the parties shall file a joint statement as to why this case should not be dismissed.

**IT IS SO ORDERED.**

Dated: December 15, 2023



JON S. TIGAR
United States District Judge